413 A.2d 1112

Commonwealth v. Summers, Appellant.

Submitted December 8, 1978. Thomas G. Klingensmith, Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.